1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICARDO VALENZUELA, | ) | NO. CV 13-2534-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED:  April 22, 2013.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE